| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gregg, John T. | 2. Court or Organization<br><br>U. S. Bankruptcy Court - Western District of Michigan | 3. Date of Report<br><br>12/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>09/08/2014 |
| 7. Chambers or Office Address<br><br>1 Division Avenue, North<br>Grand Rapids, Michigan 49503 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Barnes & Thornburg LLP |
| 2. | Partner | BT Building Company, LLP |
| 3. | Board Member | American Bankruptcy Institute - Central States Advisory Board |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Profit Sharing Plan and Trust with former law firm (no conrol) maintained by PNC |
| 2. | 2013 | Cash Balance Pension Plan with former law firm (no control) administered by Fifth Third Bank |
| 3. | 2012 | Partnership Agreement with former law firm (no control) |
| 4. | 2012 | Partnership Agreement with real estate holding company associated with former law firm (no control) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 12/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Barnes & Thornburg LLP - compensation from former law firm | $598,173.00 |
| 2. 2013 | Barnes & Thornburg LLP - compensation from former law firm | $653,223.00 |
| 3. 2014 | Barnes & Thornburg LLP - compensation from former law firm | $178,991.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013-2014 | Reagan Marketing & Design, LLC - compensation from employer: $33,105.00 (2013), $25,974.00 (2014) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 12/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMorgan Chase, N.A. | Guarantee of former law firm obligations (guarantee released) | None |
| 2. | 1st Source Bank | Guarantee of former law firm obligations (guarantee released) | None |
| 3. | Fifth Third Bank | Guarantee of former law firm obligations (guarantee released) | None |
| 4. | Patrick Connor | Landlord - contingent aggregate rent due each month (lease to terminate on 9/30/2014) | J |
| 5. | Lake Michigan Credit Union | Credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase, N.A. - Accounts | A | Interest | M | T | | | | | |
| 2. Mercantile Bank - Account | A | Interest | M | T | | | | | |
| 3. Macatawa Bank - Account | A | Interest | M | T | | | | | |
| 4. Independent Bank | A | Interest | M | T | | | | | |
| 5. Citibank, N.A. | A | Interest | J | T | | | | | |
| 6. Lake Michigan Credit Union - Account | A | Interest | J | T | | | | | |
| 7. Barnes & Thornburg Cash Balance Pension Plan | | None | J | T | | | | | |
| 8. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 9. Cenovovs Energy Inc. - liquidated on 9/8/2014 | | None | | | | | | | |
| 10. Encana Corp. - liquidated on 9/8/2014 | | None | | | | | | | |
| 11. Independent Bank CP New - liquidated on 9/8/2014 | | None | | | | | | | |
| 12. Universal Forest Products - liquidated on 9/8/2014 | | None | | | | | | | |
| 13. Charles Schwab 401(k) - Simple IRA (Cash) | A | Interest | J | T | | | | | |
| 14. Columbia Acorn Fund Z | A | Dividend | J | T | | | | | |
| 15. Templeton Inst. Foreign Equity Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Institute Index Fund | A | Dividend | K | T | | | | | |
| 17. Vanguard Target Date 2010 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Total Return Institutional Class | A | Dividend | K | T | | | | | |
| 19. KeyBank EB Magic 20 Fund | A | Dividend | K | T | | | | | |
| 20. Fed Gov Ultrashort Dur SA 14 | A | Dividend | J | T | | | | | |
| 21. AmerFunds EuroPac Growth SA54 | A | Dividend | J | T | | | | | |
| 22. LVIP Clarion Global Real Estate SA55 | A | Dividend | J | T | | | | | |
| 23. LVIP Del Growth & Income SA11 | A | Dividend | J | T | | | | | |
| 24. LVIP Mon Int'l Value SA22 | A | Dividend | J | T | | | | | |
| 25. LVIP Vanguard Int'l Equity SA59 | A | Dividend | J | T | | | | | |
| 26. AmerFunds SMALLCAP World SA46 | A | Dividend | J | T | | | | | |
| 27. Janus Aspen Enterprise SA64 | A | Dividend | J | T | | | | | |
| 28. LVIP SSgA Small-Cap Index SA36 | A | Dividend | J | T | | | | | |
| 29. Oppenheimer Developing Markets SA94 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On or around November 25, 2014, I received a letter regarding my initial financial disclosure report. This amended report is being submitted in response to that letter. The amended report (i) changes the reporting period, (ii) includes compensation ▮▮▮▮▮▮▮▮ for all of 2013 and through the end of the reporting period in 2014, (iii) modifies Part VII, lines 10-13 to remove information under Column C, (iv) removes unnecessary transaction information, (v) removes identification of "Lincoln Financial 401(k)," as the holdings of that 401(k) are already included in the report, (vi) modifies "Charles Schwab 401(k)" to reflect its status as a simple IRA which consists solely of cash or cash equivalents, and (vii) removes references to the Barnes & Thornburg HR-10 retirement plan, which is part of the Profit Sharing Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 12/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Gregg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544